UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L3C ALDEN PARK APARTMENTS, LLC, <br>     Plaintiff | : <br> : <br> : <br> : | |
| v. | : | No. 22-cv-4893 |
| KATRINA GARNER, <br>     Defendant. | : <br> : <br> : | |
| KATRINA GARNER, <br>     Plaintiff, | : <br> : <br> : | |
| v. | : | No. 22-cv-5129 |
| L3C ALDEN PARK APARTMENTS, LLC, <br>     Defendant. | : <br> : <br> : | |

**O R D E R**

**AND NOW**, this 27th day of December, 2022, upon consideration of Plaintiff Katrina Garner's Motions to Proceed *In Forma Pauperis* (Civil Action 22-5129, ECF No. 1; Civil Action 22-4893, ECF No. 1), *pro se* Complaint (Civil Action 22-5129, ECF No. 2), and Notice of Removal (Civil Action 22-4893, ECF No. 2); and for the reasons set forth in the Opinion issued this date; it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint in Civil Action 22-5129 and Notice of Removal in Civil Action 22-4893 are **DEEMED** filed.

    3.    Civil Action 22-5129 is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Opinion.

    4.    Civil Action 22-4893 is **REMANDED** to the Philadelphia Municipal Court (Docket No. LT-22-07-11-3530) for the reasons in the Court's Opinion.

    5.    The Clerk of Court is directed to **PROMPTLY SEND** a certified copy of this Order to the Prothonotary of the Philadelphia Municipal Court.

    6.    The Clerk of Court shall **CLOSE** these cases.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge